**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **SHERRY MOORE-WILLIAMSON,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **CASE NO. 5:05-cv-140 (CAR)** |
| | : |
| **MERCER UNIVERSITY, a/k/a THE** | : |
| **CORPORATION OF MERCER** | : |
| **UNIVERSITY,** | : |
| | : |
| **Defendant.** | : |

# J U D G M E N T

The Court by Order dated and filed March 7, 2007, having granted Defendant's

Motion for Summary Judgment,

JUDGMENT is hereby entered in favor of Defendant and against Plaintiff.

Defendant is  entitled to recover its costs of this action.

This 7th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/  Denise Partee, Deputy Clerk**